# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 68 WAL 2019

      Respondent                    :

                               :   Petition for Allowance of Appeal from

                               :   the Order of the Superior Court

      v.                      :

                               :

RICHARD KRISTA,                :

                               :

      Petitioner               :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of July, 2019, the Petition for Allowance of Appeal is **DENIED**.